JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO ANTONIC,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEVIN MCALEENAN, Secretary of Homeland Security, et al.,<br><br>　　　　　Respondents. | Case No. 5:20-cv-00110-GW-MAA<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing Petition and Dismissing Action Without Prejudice filed herewith,

　　IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED and the action is DISMISSED without prejudice.

DATED: February 22, 2021

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE